USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MUR SHIPPING B.V.,                          :        09 Civ. 2381 (SHS)

                Plaintiff,              :

      -against-                              :        ORDER

BELORUSSIAN SHIPPING COMPANY,               :

                Defendant.              :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

       A pretrial conference having been held today, with counsel for plaintiff present, and no appearance on behalf of defendant,

       IT IS HEREBY ORDERED that the next a pretrial conference will be held on July 9, 2009, at 10:00 a.m.

Dated: New York, New York
       June 9, 2009

                                       SO ORDERED:

                                       Sidney H. Stein, U.S.D.J.